396 A.2d 821

Commonwealth v. Eller, Appellant.

Argued October 26, 1978.
Peter H. Shaffer, for appellant; Robert F. Hawk, submitted a brief for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

396 A.2d 821

Commonwealth v. Farley, Appellant.

Argued October 24, 1978. Charles F. Gilchrest, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.